IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Case No. 20-cv-03620-RM-NYW

HOLLY A. CAPPELLO, PSY.D.,

 Plaintiff,

v.

COLORADO DEPARTMENT OF HUMAN SERVICES,
DAVID POLUNAS, in his individual capacity, and
ALAN KENT, Ph.D., in his individual capacity,

 Defendants.

## ORDER OF DISMISSAL

 This matter comes before the Court on the Joint Motion to Dismiss filed November 15, 2021 (ECF No. 55).  The Court, having reviewed the Motion and being fully advised, hereby ORDERS as follows:

 The Joint Motion to Dismiss is GRANTED.  The above-captioned matter is DISMISSED WITH PREJUDICE.  Each party shall pay their own fees and costs; and

 FURTHER ORDERS that there being no parties or claims remaining, the Clerk of the Court is directed to close this case.

 DATED this 15th day of November, 2021.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge